## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

$106,745 IN U.S. CURRENCY,

        Defendant,

   and

QUINCY DIARRA MANUEL,

        Claimant.

Case No. 24-cv-2401 (KMM/JFD)

**ORDER GRANTING DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

Based on the motion of the United States for an order: (1) granting default judgment against all unknown persons and entities who have failed to file claim to the defendant currency and answer to the Complaint For Forfeiture *In Rem* and (2) for a Final Order of Forfeiture as to $66,745 of the defendant currency; and based on all the files and records in this action, the Court finds as follows:

1.    The United States filed a Verified Complaint for Forfeiture *In Rem* on June 20, 2024, alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2.    The Clerk of Court issued Warrant of Arrest and Notice *In Rem* on June 25, 2024, directing the U.S. Marshal to arrest the defendant currency and to serve all persons and entities with a potential interest in the defendant currency with a copy of the Complaint for Forfeiture *In Rem* and the Warrant of Arrest and Notice *In Rem*;

3.     The United States sent a Notice of Judicial Forfeiture Proceedings, the Verified Complaint for Forfeiture *In Rem*, and the Warrant of Arrest and Notice *In* Rem by certified mail to Quincy Diarra Manuel on June 24, 2024;

4.     Quincy Diarra Manuel filed a claim for the defendant $106,745 in United States Currency on July 19, 2024, and an Answer to the Complaint on August 8, 2024;

5.     Pursuant to Rule G(4)(a)(iv)(C), the U.S. Attorney's Office posted a notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 21, 2024;

6.     No other claim or answer has been filed, and the time for filing a claim and answer has expired under Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

7.     The Plaintiff has entered in a Stipulation of Settlement with Claimant Quincy Diarra Manuel through which they have agreed to the disposition of the defendant currency;

8.     The Clerk of Court entered default against all unknown persons and entities having an interest in the defendant currency on September 23, 2024; and

9.     The Plaintiff filed the Motion for Default Judgment and Final Order of Forfeiture on November 19, 2024. Any response to the Motion was due no later than December 10, 2024. As of the date of this Order, no response has been filed.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.     The Stipulation of Settlement between the United States and the Claimant Quincy Diarra Manuel [ECF No. 14], is hereby **APPROVED**;

2.      The United States' Motion for a Default Judgment and Final Order of Forfeiture [ECF No. 14] is **GRANTED**;

3.      The United States is entitled to entry of default judgment against all unknown persons and entities having an interest in the defendant currency for failure to file a claim to the defendant currency and an answer to the Verified Complaint for Forfeiture *In Rem* as required by 18 U.S.C. § 983(a)(4)(A) and (B), and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

4.      Pursuant to the Stipulation of Settlement between the United States and Claimant Quincy Diarra Manuel, $66,745 of the defendant currency is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6) for disposition in accordance with law, and $40,000 shall be returned to Claimant Quincy Diarra Manuel in accordance with the terms of the Stipulation of Settlement.

**Let Judgment be entered accordingly**.

Dated: December 19, 2024                  *s/Katherine Menendez*
                                          KATHERINE M. MENENDEZ
                                          United States District Judge